427 A.2d 1192

Commonwealth v. Moore, Appellant.

 Submitted September 13, 1979. John C. Anderson, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Judgments of sentence affirmed.